USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ELIZABETH BOEY CHAU, M.D., :
:
                             Plaintiff, :
:     1:14-cv-8484-GHW
         -v - :
:     ORDER
HARTFORD LIFE INSURANCE COMPANY, :
:
                         Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendant Hartford Life Insurance Company is hereby granted leave to file the motion to dismiss described in its January 12, 2015 letter without a pre-motion conference. Defendant's motion is due by February 10, 2015; Plaintiff's response is due within three weeks after service of Defendant's motion; and Defendant's reply, if any, is due within one week after service of Plaintiff's response.

      The pre-motion telephone conference scheduled for January 27, 2015 is cancelled. The Clerk of Court is instructed to terminate the letter motion pending at Doc. 10.

      SO ORDERED.

Dated: January 20, 2015  
New York, New York

                                                _____  
                                                    GREGORY H. WOODS  
                                                  United States District Judge