```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
  ELIZABETH BOEY CHAU, M.D.,      :
                                                :
                      Plaintiff,   :
                                                :             1:14-cv-8484-GHW
              -v -                   :
                                                :             <u>ORDER</u>
HARTFORD LIFE INSURANCE COMPANY,  :
                                                :
                    Defendant.   :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the initial pretrial conference held on January 30, 2015, the deadline for the filing of Defendant's motion to dismiss is extended to March 3, 2015.  Plaintiff's response is due by March 24, 2015; and Defendant's reply, if any, is due by March 31, 2015.

      Discovery outside of the administrative record is stayed, pending decision on Defendant's motion to dismiss.  This order, however, does not preclude Plaintiff from making an application to seek discovery outside of the administrative record in connection with her claims under ERISA only.

      SO ORDERED.

Dated:  February 2, 2015
New York, New York

                                            _____
                                                GREGORY H. WOODS
                                             United States District Judge