```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
  ELIZABETH BOEY CHAU, M.D.,    :
                                           :
                      Plaintiff,    :
                                           :      1:14-cv-8484-GHW
           -v -                          :
                                           :          ORDER
HARTFORD LIFE INSURANCE COMPANY,  :
                                           :
                     Defendant.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 3, 2015, Defendant Hartford Life Insurance Company ("Hartford") filed a motion to dismiss Plaintiff's complaint. On March 23, 2015, Plaintiff filed an amended complaint within the time limit set forth under Fed. R. Civ. P. 15(a)(1)(B). By April 21, 2015, Hartford is directed to (1) withdraw its motion to dismiss and (a) file an answer or (b) file a new motion to dismiss; or (2) file a letter stating that it relies on its previously filed motion to dismiss.

      SO ORDERED.

Dated: March 31, 2015
New York, New York
                                                        GREGORY H. WOODS
                                               United States District Judge