ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NY  10281-1008

*www.sedgwicklaw.com*   212.422.0202  *phone*   212.422.0925  *fax*



*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

April 15, 2015

*Via ECF*
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Re:  *Elizabeth Boey Chau, M.D. v. Hartford Life Insurance Company*
     Civil Action No.: 14-cv-8484(GHW)
     File No.: 02489-000294

Dear Judge Woods:

   This office represents Defendant Hartford Life Insurance Company ("Hartford") in the above-referenced matter. We write to request a one (1) week extension of time for Hartford to file its response to plaintiff Elizabeth Boey Chau, M.D.'s ("Chau") Amended Complaint, which is currently due to be filed on or before April 21, 2015. (Doc. No. 39).

   Hartford filed its Motion to Dismiss Counts II through VIII of plaintiff's Complaint on March 3, 2015. (Doc. Nos. 17-18). In response, plaintiff filed an Amended Complaint on March 23, 2015. (Doc. No. 26). By Order dated March 3, 2015, Judge Woods directed Hartford to respond to plaintiff's Amended Complaint by April 21, 2015. Due to the press of several deadlines in other cases and because I am currently out of town and will not return to the office until April 20, 2015, I respectfully request a brief one (1) week extension of time (i.e. until April 28, 2014) to file Hartford's response to plaintiff's Amended Complaint. Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of time to respond to the Amended Complaint have been made by Hartford.

   Thank you for your consideration of this matter.

Respectfully submitted,

s/
Michael H. Bernstein
Sedgwick LLP

cc: Robert J. Rando, Esq. (*Via ECF*)

19834264v1