```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  ELIZABETH BOEY CHAU, M.D.,          :
                                                                         :
                                Plaintiff,     :
                                                                        :        1:14-cv-8484-GHW
                  -v -                               :
                                                                      :        ORDER
HARTFORD LIFE INSURANCE COMPANY,  :
                                                                        :
                                Defendant.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Defendant has moved to partially dismiss Plaintiff's amended complaint. By May 19, 2015, Plaintiff shall file either an opposition to Defendant's motion or a motion for leave to file a second amended complaint. No further opportunities to amend to address the deficiencies identified in the motion to dismiss will be granted absent special circumstances.

       If Plaintiff files a motion to amend, Defendant's response is due within 7 days after service of Plaintiff's motion, and Plaintiff's reply, if any, is due within 5 days after service of Defendant's response. If Plaintiff files an opposition, Defendant's reply, if any, is due within 7 days after service of Plaintiff's opposition.

       SO ORDERED.

Dated: April 30, 2015
New York, New York

                                                            GREGORY H. WOODS
                                                       United States District Judge