UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,　　　　　　CIVIL ACTION NO.:
　　　　　　　　　　　　　　　　　　　　　14-cv-8484 (GHW)
　　　　　　　　　Plaintiff,

　-against-

HARTFORD LIFE INSURANCE COMPANY,
HOWARD FUTERMAN, M.D.,
EVELYN K. BALOGUN, M.D.,
DAVID HOENIG, M.D.,
DAYTON DENNIS PAYNE, M.D.,
RELIABLE REVIEW SERVICES, INC.,
EXAMWORKS GROUP, INC.,
JANE DOE,

　　　　　　　　　Defendants.

---------------------------------------------------------------X

**STIPULATION EXTENDING TIME TO ANSWER OR MOVE**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, ELIZABETH BOEY CHAU, M.D., and defendants, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC. and EXAMWORKS GROUP, INC., acting through their authorized counsel, that the time for each defendant to answer or otherwise respond to plaintiff's First Amended Complaint is hereby extended to and including August 21, 2015. The defendants do not contest service of process.

Dated: Islandia, New York
　　　　July 21, 2015

| | |
|---|---|
| s/  Robert J. Rando | s/  Bryan F. Lewis |
| By: Robert J. Rando (RR 5765) | By: Bryan F. Lewis (BL 5146) |
| THE RANDO LAW FIRM P.C. | LEWIS JOHS AVALLONE AVILES, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant-Howard Futerman, M.D. |
| 626 RXR Plaza | One CA Plaza – Suite 225 |
| Uniondale, New York 11556 | Islandia, New York 11749 |
| (516) 799-9800 | (631) 755-0101 |

_s/_ Andrew Hamelsky
By: Andrew Hamelsky
WHITE AND WILLIAMS, LLP
Attorneys for Defendants-Evelyn K. Balogun, M.D.,
David Hoenig, M.D., Dayton Dennis Payne, M.D.,
Reliable Review Services, Inc. and ExamWorks Group, Inc.
One Penn Plaza
250 West 34th Street – Suite 4110
New York, New York 10119-4115
(212) 631-4406

**SO ORDERED:**

_____