UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BOEY CHAU, M.D.<br><br>Plaintiff,<br><br>-against-<br><br>HARTFORD LIFE INSURANCE COMPANY, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC., EXAMWORKS GROUP, INC., JANE DOE<br><br>Defendants. | **Civil Action No.:**<br>**14-CV-8484(GHW)** |

## NOTICE OF APPEARANCE BY WHITE AND WILLIAMS, LLP

Please enter our appearance in this civil action as attorneys on behalf of Defendants, Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne, M.D., Reliable Review Services, Inc., and ExamWorks Group, Inc..

I certify that we are admitted to practice in this Court.

Dated:  July 22, 2015         Respectfully submitted,

By:  _____
Andrew I. Hamelsky, Esq.
Jenifer A. Scarcella, Esq.
White and Williams LLP
250 W. 34th Street, Suite 4110
New York, New York 10119
Phone: 212-631-4406
E-mail: hamelskya@whiteandwilliams.com
*Attorneys for Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne M.D., Reliable Review Services, Inc., ExamWorks Group, Inc.*

15686864v.1