Woods, G

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,

                          Plaintiff,

-against-

HARTFORD LIFE INSURANCE COMPANY,
HOWARD FUTERMAN, M.D.,
EVELYN K. BALOGUN, M.D.,
DAVID HOENIG, M.D.,
DAYTON DENNIS PAYNE, M.D.,
RELIABLE REVIEW SERVICES, INC.,
EXAMWORKS GROUP, INC.,
JANE DOE,

                          Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.:
14-cv-8484 (GHW)

## STIPULATION EXTENDING TIME TO ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, ELIZABETH BOEY CHAU, M.D., and defendants, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC. and EXAMWORKS GROUP, INC., acting through their authorized counsel, that the time for each defendant to answer or otherwise respond to plaintiff's First Amended Complaint is hereby extended to and including August 21, 2015. The defendants do not contest service of process.

Dated: Islandia, New York
         July 21, 2015

By: Robert J. Rando (RR 5765)
THE RANDO LAW FIRM P.C.
Attorneys for Plaintiff
626 RXR Plaza
Uniondale, New York 11556
(516) 799-9800

By: Bryan F. Lewis (BL 5146)
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant-Howard Futerman, M.D.
One CA Plaza – Suite 225
Islandia, New York 11749
(631) 755-0101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,               CIVIL ACTION NO.:
                                         14-cv-8484 (GHW)
                    Plaintiff,
    -against-

HARTFORD LIFE INSURANCE COMPANY,
HOWARD FUTERMAN, M.D.,
EVELYN K. BALOGUN, M.D.,
DAVID HOENIG, M.D.,
DAYTON DENNIS PAYNE, M.D.,
RELIABLE REVIEW SERVICES, INC.,
EXAMWORKS GROUP, INC.,
JANE DOE,

                    Defendants.

-------------------------------------------------------------------X

### STIPULATION EXTENDING TIME TO ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, ELIZABETH BOEY CHAU, M.D., and defendants, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC. and EXAMWORKS GROUP, INC., acting through their authorized counsel, that the time for each defendant to answer or otherwise respond to plaintiff's First Amended Complaint is hereby extended to and including August 21, 2015. The defendants do not contest service of process.

Dated: Islandia, New York
       July 21, 2015

By: Robert J. Rando (RR 5765)              By: Bryan F. Lewis (BL 5146)
THE RANDO LAW FIRM P.C.                    LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Plaintiff                    Attorneys for Defendant-Howard Futerman, M.D.
626 RXR Plaza                              One CA Plaza – Suite 225
Uniondale, New York 11556                  Islandia, New York 11749
(516) 799-9800                             (631) 755-0101

_____
By: Andrew Hamelsky
WHITE AND WILLIAMS, LLP
Attorneys for Defendants-Evelyn K. Balogun, M.D.,
David Hoenig, M.D., Dayton Dennis Payne, M.D.,
Reliable Review Services, Inc. and ExamWorks Group, Inc.
One Penn Plaza
250 West 34th Street – Suite 4110
New York, New York 10119-4115
(212) 631-4406


**SO ORDERED:**

_____
GREGORY H. WOODS, U.S.D.J.
Dated: July 23, 2015
NEW YORK, NEW YORK