UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BOEY CHAU, M.D.<br><br>    Plaintiff,<br><br> -against-<br><br>HARTFORD LIFE INSURANCE COMPANY, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC., EXAMWORKS GROUP, INC., JANE DOE<br><br>    Defendants. | **Civil Action No.:**<br>**14-CV-8484(GHW)**<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

**PLEASE TAKE NOTICE** that upon the attached memorandum of law, Defendants Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne, M.D., Reliable Review Services, Inc., and ExamWorks Group, Inc. will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims against them as set forth in the First Amended Complaint, in their entirety with prejudice, and for such other and further relief as this Court deems just and proper.

Dated: August 20, 2015

By: _/s/ Jenifer Scarcella_
    Respectfully submitted,

Andrew I. Hamelsky, Esq.
Jenifer A. Scarcella, Esq.
White and Williams LLP
250 W. 34th Street, Suite 4110
New York, New York 10119
Phone: 212-631-4406
E-mail: hamelskya@whiteandwilliams.com
*Attorneys for Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne M.D., Reliable Review Services, Inc., ExamWorks Group, Inc.*

15799416v.1