UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,                    Civil Action No.:
                                              14-cv-8484 (GHW)
                Plaintiff,

          -against-                      **NOTICE OF MOTION**
                                              (Oral Argument Requested)
HARTFORD LIFE INSURANCE COMPANY,
HOWARD FUTERMAN, M.D., EVELYN K.
BALOGUN, M.D., DAVID HOENIG, M.D.,
DAYTON DENNIS PAYNE, M.D., RELIABLE
REVIEW SERVICES, INC., EXAMWORKS
GROUP, INC., JANE DOE,

                Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendant Howard Futerman, M.D., by his attorneys, Lewis Johs Avallone Aviles, LLP, will move this Court at a time and date designated by the Court, before the Hon. Gregory H. Woods, U.S.D.J., at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 9A, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Amended Complaint in its entirety, and for such other and further relief as this Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that Howard Futerman, M.D. requests that Judge

Woods hear oral argument on Howard Futerman, M.D.'s Motion to dismiss on a date and time to be designated by the Court.

Dated: Islandia, New York
August 21, 2015

By: _____/s/_____
Bryan F. Lewis
LEWIS JOHS AVALLONE AVILES, LLP
One CA Plaza - Suite 225
Islandia, New York 11749
T. 631.755.0101
F. 631.755.0117
Email: bflewis@lewisjohs.com
LJAA File No.: 0002-1385
*Attorneys for Defendant*
*Howard Futerman, M.D.*

TO:

Robert J. Rando, Esq.
THE RANDO LAW FIRM P.C.
626 RXR Plaza
Uniondale, New York 11556
T. 516.799.9800
F. 516.799.9820
Email: Rrando@randolawfirm.com
*Attorneys for Plaintiff*

Michael H. Bernstein
Matthew P. Mazzola
SEDGWICK LLP (NY)
225 Liberty Street – 28th Floor
New York, New York 10281-1008
T. 212.422.0202
F. 212.422.0925
Email: michael.bernstein@sdma.com
Email: matthew.mazzola@sdma.com
*Attorneys for Defendant*
*Hartford Life Insurance Company*

Andrew Hamelsky, Esq.
WHITE AND WILLIAMS, LLP
One Penn Plaza
250 West 34th Street – Suite 4110
New York, New York 10119-4115
T. 212.244.9500
F. 212.244.6200
Email: hamelskya@whiteandwilliams.com
*Attorneys for Defendants*
*Evelyn K. Balogun, M.D., David Hoenig, M.D.,*
*Dayton Dennis Payne, M.D., Reliable Review*
*Services, Inc. and ExamWorks Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2015, a true and correct copy of the attached NOTICE OF MOTION and a copy of the referenced documents in the statement was electronically filed with the Clerk of the Court in accordance with the United States District Court, Southern District of New York's procedures regarding Electronic Filing and Service:

Robert J. Rando, Esq.
THE RANDO LAW FIRM P.C.
626 RXR Plaza
Uniondale, New York 11556
T. 516.799.9800
F. 516.799.9820
Email: Rrando@randolawfirm.com
*Attorneys for Plaintiff*

Michael H. Bernstein
Matthew P. Mazzola
SEDGWICK LLP (NY)
225 Liberty Street – 28th Floor
New York, New York 10281-1008
T. 212.422.0202
F. 212.422.0925
Email: michael.bernstein@sdma.com
Email: matthew.mazzola@sdma.com
*Attorneys for Defendant*
*Hartford Life Insurance Company*

Andrew Hamelsky, Esq.
WHITE AND WILLIAMS, LLP
One Penn Plaza
250 West 34th Street – Suite 4110
New York, New York 10119-4115
T. 212.244.9500
F. 212.244.6200
Email: hamelskya@whiteandwilliams.com
*Attorneys for Defendants*
*Evelyn K. Balogun, M.D., David Hoenig, M.D.,*
*Dayton Dennis Payne, M.D., Reliable Review*
*Services, Inc. and ExamWorks Group, Inc.*

/s/
Bryan F. Lewis