UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,

                Plaintiff,

    -against-

HARTFORD LIFE INSURANCE COMPANY, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC., EXAMWORKS GROUP, INC., JANE DOE,

                Defendants.

------------------------------------------------------------X

Civil Action No.:
14-cv-8484 (GHW)

## DECLARATION IN SUPPORT OF DEFENDANT HOWARD FUTERMAN, M.D.'S MOTION TO DISMISS

    Bryan F. Lewis, Esq., an attorney admitted to practice before this Court, who is not a party to this action, declares under penalty of perjury that the following is true and correct, pursuant to 28 U.S.C. § 1746:

    1.    I am counsel for Defendant HOWARD FUTERMAN, M.D. I make this Declaration in support of Defendant HOWARD FUTERMAN, M.D.'s Motion to Dismiss Plaintiff's Amended Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court may deem just and proper.

    2.    Annexed hereto as Exhibit "A" is a true and correct copy of Plaintiff's Amended Complaint in the above-captioned matter, dated March 20, 2015.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Islandia, New York
August 21, 2015

Respectfully submitted,

/s/
Bryan F. Lewis

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2015, a copy of the foregoing DECLARATION IN SUPPORT OF DEFENDANT HOWARD FUTERMAN, M.D.'S MOTION TO DISMISS was electronically filed with the Clerk of the Court in accordance with the United States District Court, Southern District of New York's procedures regarding Electronic Filing and Service:

Robert J. Rando, Esq.
THE RANDO LAW FIRM P.C.
626 RXR Plaza
Uniondale, New York 11556
T. 516.799.9800
F. 516.799.9820
Email: Rrando@randolawfirm.com
Attorneys for Plaintiff

Michael H. Bernstein
Matthew P. Mazzola
SEDGWICK LLP (NY)
225 Liberty Street – 28th Floor
New York, New York 10281-1008
T. 212.422.0202
F. 212.422.0925
Email: michael.bernstein@sdma.com
Email: matthew.mazzola@sdma.com
Attorneys for Defendant
Hartford Life Insurance Company

Andrew Hamelsky, Esq.
WHITE AND WILLIAMS, LLP
One Penn Plaza
250 West 34th Street – Suite 4110
New York, New York 10119-4115
T. 212.244.9500
F. 212.244.6200
Email: hamelskya@whiteandwilliams.com
Attorneys for Defendants
Evelyn K. Balogun, M.D., David Hoenig, M.D.,
Dayton Dennis Payne, M.D., Reliable Review
Services, Inc. and ExamWorks Group, Inc.

                                              /s/
                                         Bryan F. Lewis