UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BOEY CHAU, M.D.<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>HARTFORD LIFE INSURANCE COMPANY, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC., EXAMWORKS GROUP, INC., JANE DOE<br><br>　　　　Defendants. | Civil Action No.:<br>14-CV-8484(GHW)<br><br><br>CERTIFICATE OF SERVICE |

JENIFER A. SCARCELLA, an attorney admitted to practice before the Court, affirms the following under the penalty of perjury:

1. I am an associate with the law firm of White and Williams LLP, attorneys for Defendants, Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne, M.D., Reliable Review Services, Inc., and ExamWorks Group, Inc.

2. I hereby certify that on **October 6, 2015**, I caused to be served by **Electronic Case Filing** the following documents: (1) Defendants' Memorandum of Law in Reply and in Further Support of Motion to Dismiss; and (2) the within Certificate of Service, upon:

>　Robert Joseph Rando
>　The Rando Law Firm PC
>　626 RXR Plaza
>　Uniondale, NY 11556
>　*Attorneys for Plaintiff*
>
>　Michael H. Bernstein
>　Matthew Paul Mazzola
>　Sedgwick LLP
>　225 Liberty Street, 28th Street
>　*Attorneys for Defendant*
>　*Hartford Life Insurance Company*

15816483v.1

-2-

    Bryan F. Lewis
    One CA Plaza
    Suite 225
    Islandia, NY 11749
    *Attorneys for Defendant*
    *Howard Futerman, M.D.*

said addresses being the last known addresses of said parties for that purpose.

Dated: October 7, 2015

Respectfully submitted,

By: *[signature]*

Jenifer A. Scarcella, Esq.
White and Williams LLP
250 W. 34th Street, Suite 4110
New York, New York 10119
Phone: 212-631-4406
E-mail: hamelskya@whiteandwilliams.com
*Attorneys for Evelyn K. Balogun, M.D.,*
*David Hoenig, M.D., Dayton Dennis Payne*
*M.D., Reliable Review Services, Inc.,*
*ExamWorks Group, Inc.*