UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Elizabeth Boet Chau, MD

              Plaintiff,

Case No. 14-cv-8484(GHW)

-against-

Hartford Life Insurance Company, et al.       Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Bryan Frank Lewis_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _BL-5146_____   My State Bar Number is _4106365_____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:_ Lewis Johs Avallone Aviles LLP_____
              FIRM ADDRESS:_ 425 Broadhollow Rd., Melville, NY 11747_____
              FIRM TELEPHONE NUMBER:_ 631-755-0101_____
              FIRM FAX NUMBER:_ 631-755-0119_____

NEW FIRM:   FIRM NAME:_ Lewis Johs Avallone Aviles LLP_____
              FIRM ADDRESS:_ 1 CA Plaza, Suite 225, Islandia, NY 11749_____
              FIRM TELEPHONE NUMBER:_ 631-755-0101_____
              FIRM FAX NUMBER:_ 631-755-0117_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/7/2015

/s/Bryan F. Lewis_____
ATTORNEY'S SIGNATURE