UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELIZABETH BOEY CHAU, M.D.,                              Civil Action No.:
                                                        14-cv-8484 (GHW)
                Plaintiff,

           -against-                                **NOTICE OF APPEARANCE**

HARTFORD LIFE INSURANCE COMPANY,
HOWARD FUTERMAN, M.D., EVELYN K.
BALOGUN, M.D., DAVID HOENIG, M.D.,
DAYTON DENNIS PAYNE, M.D., RELIABLE
REVIEW SERVICES, INC., EXAMWORKS
GROUP, INC., JANE DOE,

                Defendants.

------------------------------------------------------------X

      ANNEMARIE S. JONES, an associate of LEWIS JOHS AVALLONE AVILES, LLP, attorneys for defendant, HOWARD FUTERMAN, M.D., hereby appears and asks that she be added to the list of e-filers in this case (asjones@lewisjohs.com) of those receiving notices.

Dated: Islandia, New York
       December 1, 2015

                          By:_____/s/_____
                               Annemarie S. Jones
                          LEWIS JOHS AVALLONE AVILES, LLP
                          One CA Plaza - Suite 225
                          Islandia, New York 11749
                          T. 631.755.0101
                          F. 631.755.0117
                          Email: asjones@lewisjohs.com
                          LJAA File No.: 0002-1385
                          *Attorneys for Defendant*
                          *Howard Futerman, M.D.*