UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BOEY CHAU, M.D.<br><br>  Plaintiff,<br><br> -against-<br><br>HARTFORD LIFE INSURANCE COMPANY, HOWARD FUTERMAN, M.D., EVELYN K. BALOGUN, M.D., DAVID HOENIG, M.D., DAYTON DENNIS PAYNE, M.D., RELIABLE REVIEW SERVICES, INC., EXAMWORKS GROUP, INC., JANE DOE<br><br>  Defendants. | Civil Action No.:<br><br>14-CV-8484(GHW)<br><br>NOTICE OF CHANGE OF ADDRESS |

   **TAKE NOTICE** that service by mail or otherwise upon White and Williams LLP should no longer be addressed to One Penn Plaza, 250 W. 34th St., Suite 4110, New York, NY 10119.  The following address is designated for service upon White and Williams LLP in this action:

>   White and Williams LLP
>   7 Times Square, Suite 2900
>   New York, NY 10036

Date: January 4, 2016            Respectfully submitted,

                                 _____
                                 Andrew I. Hamelsky, Esq.
                                 White and Williams LLP
                                 7 Times Square, Suite 2900
                                 New York, NY 10036
                                 Phone: 212-244-9500
                                 E-mail: hamelskya@whiteandwilliams.com
                                 *Attorneys for Defendant Evelyn K. Balogun, M.D., David Hoenig, M.D., Dayton Dennis Payne, M.D., Reliable Review Services, Inc., and Examworks Group, Inc.*

16454146v.1